David H. McDOWELL, Plaintiff–Appellant

v.

TANKINETICS, INC.; William K. Angle; Strand Composite Engineering & Construction, LLC; St. Clair P. Guess, III; Robert W. McManus; William F. Schwarz, Defendants–Appellees.

No. 12–4026.

United States Court of Appeals, Eighth Circuit.

Submitted: May 28, 2013.

Filed: May 31, 2013.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

David McDowell appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion following dismissal of his employment discrimination suit

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Richard E. Dorr, late a United States District Judge for the Western District of Missouri.

based on lack of personal jurisdiction. We conclude that the district court did not abuse its discretion in denying the motion, *see Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001) (standard of review), because we agree with the court that McDowell did not present exceptional circumstances warranting relief, *see Harley v. Zoesch,* 413 F.3d 866, 871 (8th Cir.2005) ("Relief is available under Rule 60(b)(6) only where exceptional circumstances have denied the moving party a full and fair opportunity to litigate his claim and have prevented the moving party from receiving adequate redress."). Accordingly, we affirm. *See* 8th Cir. R. 47B.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

